UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL HANEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:14 CV 720 RWS |
| PORTFOLIO RECOVERY, ASSOC., LLC, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This case having recently been reassigned to me and upon remand from the Eighth Circuit Court of Appeals,

**IT IS HEREBY ORDERED** that within 10 days of today's date the parties shall file a joint memorandum advising the Court of the status of this case, the issues remaining to be decided, whether discovery and/or a scheduling conference is requested by the parties, and whether immediate referral to mediation would be productive.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2017.