UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL HANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14 CV 720 RWS |
| | ) | |
| PORTFOLIO RECOVERY, ASSOC., LLC, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Having reviewed the parties' joint status memorandum,

**IT IS HEREBY ORDERED** that plaintiff shall file his amended complaint no later than **April 7, 2017**, and defendant Gamache shall file his answer or responsive pleading no later than **April 21, 2017**.

**IT IS FURTHER ORDERED** that this case will be set for a scheduling conference by separate Order, and that conference will be held after May 5, 2017.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of March, 2017.